ACCEPTED
03-11-00102-CV
3835772
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 5:33:03 PM
JEFFREY D. KYLE
CLERK



# HANCE SCARBOROUGH, LLP
### ATTORNEYS AND COUNSELORS AT LAW

Terry L. Scarborough
Founding Partner
Direct: (512) 487-4006
tscarborough@hslawmail.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 5:33:03 PM
JEFFREY D. KYLE
Clerk

January 19, 2015

**_Via E-Filing_**
The Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:   No. 03-11-00102-CV, *Texas Commission on Environmental Quality & Waste Control Specialists, LLC v. Sierra Club.*

Dear Mr. Kyle:

Waste Control Specialists, L.L.C. does not intend to respond to Sierra Club's Motion for Rehearing unless the Court requests a response.

Thank you for your attention to this matter.

Respectfully submitted,

**HANCE SCARBOROUGH, LLP**
400 W. 15th Street, Ste. 950
Austin, Texas 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891

By:  /s/Terry L. Scarborough
Terry L. Scarborough
State Bar No. 1771600
V. Blayre Peña
State Bar No. 24050372
*Attorneys for Waste Control Specialists LLC*

cc: via e-service
Marisa Perales, marisa@lf-lawfirm.com, *Attorney for Sierra Club*
Pam Giblin, pam.giblin@bakerbotts.com, *Attorney for WCS*
Anthony Grigsby, anthony.grigsby@texasattorneygeneral.gov, *Attorney for TCEQ*

---